UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE F. SWARTZ,<br><br>    Petitioner,<br><br>    v.<br><br>SALLIE KIM, et al.,<br><br>    Respondents. | Case No. 25-cv-07911-EMC<br><br>**ORDER OF DISMISSAL** |

On September 17, 2025, Petitioner Jesse F. Swartz, an inmate proceeding pro se, filed the instant habeas corpus petition. ECF No. 1. On the same day, the Clerk of the Court informed Swartz that his action could not move forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* ("IFP") application, sent Swartz a blank prisoner IFP form, and told him that he must pay the fee or return the completed application within 28 days or his action would be dismissed. ECF No. 3. More than 28 days have passed, and Swartz has paid the filing fee or returned the prisoner IFP application for this case. The matter is therefore **DISMISSED WITHOUT PREJUDICE**. Any motion to reopen this matter must be accompanied by the filing fee or a completed prisoner IFP application.

**IT IS SO ORDERED.**

Dated: 11/7/2025

                                              EDWARD M. CHEN<br>
                                              United States District Judge